**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN CIVIL CASE

**GREGORY BOWE,** *et al.*,

      Plaintiffs,

v.

**CROSS RIVER BANK,** *et al.*,

      Defendants.

Case No. 2:22-cv-04266 (consolidated with 1:22-cv-00723; 2:22-cv-04314; 2:22-cv 04315; 1:22-cv-00721; 2:22-cv-04318; 2:22-cv-04310)

Chief Judge Algenon L. Marbley
Magistrate Judge Elizabeth P. Deavers

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED that pursuant to this Court's March 11, 2024 and April 10, 2024 Orders, the Court **GRANTED** Cross River Bank, Technology Credit Union, and Sunlight's motions to compel arbitration, and **DISMISSED** (1) all claims against Defendants Trivest Partners, L.P. and Jayson Waller; (2) the claims against Cross River Bank in *Bowe*, *Evans*, and *Salazar*; (3) the claims against Technology Credit Union in *Riley*, *Stenger*, *Chamberlin*, and *Genton*; and (4) all claims against Sunlight. This case is now **DISMISSED**.

**Date: April 10, 2024**　　　　　　　　Richard W. Nagel, Clerk

　　　　　　　　　　　　　　　　　　　　   s/Diane M. Stash
　　　　　　　　　　　　　　　　　　　　Diane M. Stash/Deputy Clerk